234 F.2d 663
 TOM WING PO, by His Next Friend, Tom Kum Woo,
v.
John Foster DULLES, as Secretary of State.
 No. 5334.
 United States Court of Appeals Tenth Circuit.
 May 22, 1956.
 
 Joseph S. Hertogs, San Francisco, Cal., for appellant.
 John F. Raper, Jr., U.S. Atty., Cheyenne, Wyo., for appellee.
 Before BRATTON, Chief Judge, and HUXMAN, Circuit Judge.
 PER CURIAM.
 
 
 1
 Dismissed for failure of appellant diligently to prosecute the same. See also, Tom Wing Co. v. Acheson, 10 Cir., 214 F.2d 661.